UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUNHONG CHEN,<br><br>    Plaintiff, Pro Se,<br><br>v.<br><br>DAVID M. RADEL, U.S. Citizenship and Immigration Services Los Angeles Asylum Office Director,<br><br>    Defendant. | No. 2:24-cv-05884-JLS-JCx<br><br>JUDGMENT |

For the reasons stated in the separate order granting Defendant's motion to dismiss entered October 21, 2024 (Doc. 10), it is hereby **ORDERED, ADJUDGED, and DECREED as follows**: Judgment is entered in favor of Defendants.  Plaintiff Yunhong Chen's claims are dismissed on the merits with prejudice.

IT IS HEREBY ORDERED.

DATED: October 25, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE